# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

VERSUS

TAMMY F. VARNADO, TYLER VARNADO,
KAYLA VARNADO AND
RENAISSANCE SERVICES, INC.

CIVIL ACTION

16-15-SDD-EWD

## RULING AND ORDER

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 24, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS HEREBY ORDERED** that Hartford's *Motion to Strike Jury Demand*[3] is granted and Tammy Varnado's demand for jury trial on her *Counterclaim* is hereby stricken from the record of these proceedings.

Baton Rouge, Louisiana the 2 day of May, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 18.
[3] Rec. Doc. 8.